■ JOHN VENNER, Respondent, v TINA GRIMM, Defendant, and STATE INSURANCE FUND, Appellant. — Order unanimously affirmed, with costs (see *Vinson v Berkowitz*, 83 AD2d 531). (Appeal from order of Supreme Court, Erie County, Mintz, J. — settlement of action — workers' compensation lien.) Present — Simons, J. P., Callahan, Doerr, Boomer and Moule, JJ.